**No. 10-5031. Ira Taylor, Petitioner v. United States.**

562 U.S. 1181, 131 S. Ct. 993, 178 L. Ed. 2d 831, 2011 U.S. LEXIS 783.

January 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 368 Fed. Appx. 350.

**No. 10-5213. Rafael Caraza-Valdez, aka Salvador Rivera-Rivera, Petitioner v. United States.**

562 U.S. 1181, 131 S. Ct. 993, 178 L. Ed. 2d 831, 2011 U.S. LEXIS 853.

January 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 371 Fed. Appx. 552.

**No. 10-5334. Emajo Mayberry and Carol A. Clopton, Petitioners v. Lisa P. Jackson, Administrator, Environmental Protection Agency.**

562 U.S. 1181, 131 S. Ct. 993, 178 L. Ed. 2d 831, 2011 U.S. LEXIS 814.

January 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 366 Fed. Appx. 907.

**No. 10-5438. Jaime L. Dozal-Vargas, Petitioner v. United States.**

562 U.S. 1181, 131 S. Ct. 994, 178 L. Ed. 2d 831, 2011 U.S. LEXIS 739.

January 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 373 Fed. Appx. 512.

**No. 10-5533. Raphael L. Donnell, Petitioner v. United States.**

562 U.S. 1181, 131 S. Ct. 994, 178 L. Ed. 2d 831, 2011 U.S. LEXIS 780.

January 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 596 F.3d 913.

**No. 10-5653. Robert Richards, Petitioner v. United States.**

562 U.S. 1181, 131 S. Ct. 994, 178 L. Ed. 2d 831, 2011 U.S. LEXIS 859.

January 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 363 Fed. Appx. 729.

**No. 10-5711. Gerardo Cisneros-Gutierrez, Petitioner v. United States.**

562 U.S. 1181, 131 S. Ct. 995, 178 L. Ed. 2d 831, 2011 U.S. LEXIS 827.

January 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 598 F.3d 997.